| Halli B. Heston<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>(949) 222-1041<br>(949) 222-1043 Fax<br>hheston@hestonlaw.com | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Name of Debtor(s) listed on the bankruptcy case:<br><br>**Gina Ann Gonzalez** | CASE NO.: **2:21-bk-17012-VZ**<br><br>Chapter: **7** |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☑ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Steve Trujillo
   Mailing Address: 10531 First Avenue, Apt. A
   City, State, Zip Code: Whittier, CA 90603

3. **New Address:**
   Mailing Address: c/o Gina Gonzalez
   City, State, Zip Code: 10531 First Avenue, Apt. L, Whittier, CA 90603

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number _____
Joint Debtor's DeBN account number _____
Date: 10/19/2022

Steve Trujillo
Requestor's printed name(s)

X _____
Requestor's signature(s)

Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                    F 1002-1.3.Change.Address